# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MARK DEVAUGHN, | No. EDCV 14-1749 AB (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| JEFFREY A. BEARD, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: April 3, 2015

ANDRÉ BIROTTE JR.
United States District Judge